# Exhibit 1



### 201655855 - ABEL, SHANNON vs. BCS INSURANCE COMPANY (Court 234)

Chronological History *(non-financial)*   Print All

| Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties |
| Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images |

\* Note: Only non-confidential public civil/criminal documents are available to the Public. All non-confidential Civil documents are imaged. In Family Cases, select non-confidential documents and all e-filings are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). In Criminal Cases, select non-confidential documents are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). **If the case or Civil document you are looking for is not available and should be, please click here to notify Customer Service.**
You may print and save uncertified copies of documents from the preview window.

Purchase Order ( 0 documents )

Print List

| Image No. | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|---|
| 72198180 | Defendants Original Answer to Plaintiffs Original Petition | | | 10/06/2016 | 3 | Add to Basket |
| 72187807 | Citation | | | 10/05/2016 | 4 | Add to Basket |
| 72171162 | letter | | | 10/04/2016 | 1 | Add to Basket |
| 72075466 | Filing Letter | | | 09/28/2016 | 1 | Add to Basket |
| 72072182 | Plaintiff's Amended Original Petition | | | 09/27/2016 | 7 | Add to Basket |
| 72072183 | Civil Process Request Form | | | 09/27/2016 | 1 | Add to Basket |
| 72036348 | Citation | | | 09/22/2016 | 4 | Add to Basket |
| 71720404 | Civil Process Pick-Up Form | | | 08/26/2016 | 1 | Add to Basket |
| 71578522 | Plaintiff's Original Petition And Request For Disclosure | | | 08/22/2016 | 7 | Add to Basket |
| -> 71578524 | Case Information Sheet | | | 08/22/2016 | 2 | Add to Basket |
| -> 71578525 | Civil Process Request Form | | | 08/22/2016 | 1 | Add to Basket |

[WS6]

8/22/2016 12:19:30 PM
Chris Daniel District Clerk
Harris County
Envelope No: 12290569
By: LAVANCE, MONICA
Filed: 8/22/2016 12:19:30 PM

Case 4:16-cv-03007 Document 1-2 Filed in TXSD on 10/07/16 Page 3 of 34

# CIVIL PROCESS REQUEST FORM

2016-55855 / Court: 234

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING.
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED.

CASE NUMBER: _____     CURRENT COURT: _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition

**FILE DATE OF MOTION:** 8/22/16

 Month/     Day/     Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: BCS Insurance Company

 ADDRESS: 350 North St. Paul Street, Dallas, Texas 75201

 AGENT, (*if applicable*): CT Corporation System

 **TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):  Citation

 **SERVICE BY** (*check one*):
 ☒ ATTORNEY PICK-UP                       ☐ CONSTABLE
 ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____     Phone: _____
 ☐ MAIL                                            ☐ CERTIFIED MAIL
 ☐ PUBLICATION:
  Type of Publication:     ☐ COURTHOUSE DOOR, or
                                      ☐ NEWSPAPER OF YOUR CHOICE: _____
 ☐ OTHER, *explain* _____

## ATTENTION: Effective June1, 2010

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the
Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage
for mail back. Thanks you,

*********************************************************************************************

2. NAME: North American Benefits Company

 ADDRESS: 333 Guadalupe Street, Austin, Texas 78701

 AGENT, (*if applicable*): Commissioner of Insurance

 **TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):  Citation

 **SERVICE BY** (*check one*):
 ☒ ATTORNEY PICK-UP                       ☐ CONSTABLE

 ☐ CIVIL PROCESS SERVER -  Authorized Person to Pick-up: _____     Phone: _____

 ☐ MAIL                                            ☐ CERTIFIED MAIL

 ☐ PUBLICATION:
  Type of Publication:     ☐ COURTHOUSE DOOR, or
                                      ☐ NEWSPAPER OF YOUR CHOICE: _____
 ☐ OTHER, *explain* _____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Muhammad S. Aziz  TEXAS BAR NO./ID NO.  24043538

MAILING ADDRESS:  800 Commerce, Houston, Texas 77002

PHONE NUMBER: 713-222-7211   FAX NUMBER: 713-225-0827
           area code              phone number                                    area code          fax number

EMAIL ADDRESS:  maziz@abrahamwatkins.com

8/22/2016 12:19:30 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 12290569
By: OVALLE, MONICA
Filed: 8/22/2016 12:19:30 PM

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: **2016-55855 / Court: 234** COURT *(FOR CLERK USE ONLY)*:

STYLED SHANNON ABEL V. BCS INSURANCE COMPANY AND NORTH AMERICAN BENEFITS
COMPANY

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing case information sheet is: |
|---|---|---|---|
| Name:<br>Muhammad S. Aziz<br><br>Address:<br>800 Commerce<br><br>City/State/Zip:<br>Houston, Texas 77002<br><br>Signature: | Email:<br>maziz@abrahamwatkins.com<br><br>Telephone:<br>713-222-7211<br><br>Fax:<br>713-225-0827<br><br>State Bar No:<br>24043538 | Plaintiff(s)/Petitioner(s):<br><br>Shannon Abel<br><br>——<br>——<br><br>Defendant(s)/Respondent(s):<br><br>BCS Insurance Company<br>North American Benefits<br>Company<br><br><br>[Attach additional page as necessary to list all parties] | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |

### 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☒ Other Debt/Contract:<br>  **Breach of Contract**<br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: _____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional<br>  Liability: _____<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>  List Product: _____<br><br>☐ Other Injury or Damage: _____ | ☐ Eminent Domain/<br>  Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: _____<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>  Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br><br><br><br>**Other Family Law**<br>☐ Enforce Foreign<br>  Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>  of Minority<br>☐ Other: _____ | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>  Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Paternity/Parentage<br>☐ Termination of Parental<br>  Rights<br>☐ Other Parent-Child: _____ |
| **Employment** | | **Other Civil** | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: _____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>  Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

### 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

Unofficial Copy Office of Chris Daniel District Clerk

8/22/2016 12:19:30 PM
Chris Daniel - District Clerk Harris County
Envelope No. 12290569
By: Monica Ovalle
Filed: 8/22/2016 12:19:30 PM

**2016-55855 / Court: 234**

CAUSE NO. _____

| | | |
|---|---|---|
| SHANNON ABEL | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| BCS INSURANCE COMPANY and | § | |
| NORTH AMERICAN BENEFITS | § | |
| COMPANY | § | ____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, SHANNON ABEL, Plaintiff, complaining of BCS INSURANCE COMPANY and NORTH AMERICAN BENEFITS COMPANY and for cause of action would respectfully show the court the following:

### I. DISCOVERY CONTROL PLAN

Plaintiff files this petition under a Level 3 Discovery Control Plan.

### II. REQUEST FOR DISCLOSURE

Pursuant to Rule 194.1 *et seq.* of the Texas Rules of Civil Procedure, Plaintiff hereby requests that Defendants disclose the information or material described in Rule 194.2 within **fifty days** of the service of this request at the office of the undersigned.

### III. PARTIES

Plaintiff, Shannon Abel, is a resident of Brazoria County, Texas.

Defendant, BCS Insurance Company, is a foreign insurance company doing business in the State of Texas and may be served through its registered agent CT Corporation System, 350 North St. Paul Street, Dallas, Texas 75201.

Plaintiff specifically invokes the right to institute this suit against whatever entity was conducting business using the assumed or common name of "BCS Insurance Company" with respect to the events described in this Petition. Plaintiff expressly invokes the right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court.

Defendant North American Benefits Company is a foreign entity doing business in the State of Texas as a third party administrator and may be served with process by serving the Commissioner of Insurance, 333 Guadalupe Street, Austin, Texas 78701.

Plaintiff specifically invokes the right to institute this suit against whatever entity was conducting business using the assumed or common name of "North American Benefits Company" with respect to the events described in this Petition. Plaintiff expressly invokes the right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court.

## IV. JURISDICTION

The Court has jurisdiction of the subject matter of this lawsuit and the amount in controversy is above the minimum jurisdictional limits of this Honorable Court. Plaintiff seeks monetary relief of more than $200,000.00 but less than $1,000,000.00.

This court has jurisdiction over Defendants because they purposefully availed themselves of the privilege of conducting activities in the State of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendants. The assumption of jurisdiction over these Defendants will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

Plaintiff would show that these Defendants had continuous and systematic contacts with

2

the State of Texas sufficient to establish general jurisdiction. Furthermore, Plaintiff would show that these Defendants engaged in activities engaged in activities constituting business in the State of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code because said Defendants contracted with a Texas resident and performance of the agreement in whole or in part was to occur in Texas.

## V. VENUE

Venue is proper in Harris County, Texas, pursuant to Texas Civil Practice and Remedies Code § 15.032 because this suit is against a life and accident insurance company and Harris County is the county in which the loss occurred.

## VI. FACTS

On or about April 5, 2013, Plaintiff's late husband, Ahmad Naser ("Decedent"), was working as a tow truck driver when he stopped to assist the driver of a vehicle stalled on the side of the road at the 6300 block of the Southwest Freeway, Harris County, Texas. As he was providing this assistance, the stalled vehicle was struck by a drunk driver, resulting in the death of Ahmad Naser.

Decedent was an independent contractor who provided services for U.S. Gulf Coast Auto Sales, Inc. On the date of his death, Decedent was an eligible person under an occupational accident policy (Policy No. 9613-000-621-010104) issued to U.S. Gulf Coast Auto Sales by Defendant BCS Insurance. Said policy provided for accidental death benefits. Shannon Abel submitted an accidental death claim to BCS. On March 4, 2016, she received a letter from the administrator of the policy—Defendant North American Benefits Company—denying her claim and refusing to provide the benefits provided for in the policy.

3

### VII. Causes of Action

#### A. Breach of Contract

On April 5, 2013, the date of Decedent's death, he was covered by an insurance policy issued and administered by Defendants, which provided for accidental death benefits. Plaintiff informed Defendants of her husband's death and that she intended to make a claim for accidental death benefits. Defendants refuse and continue to refuse to provide coverage to Plaintiff under the above-identified policy. The conduct of Defendants in denying Plaintiff's claim for accidental death benefits constitutes breach of contract. Plaintiff sues for the amount of her damages up to the policy limits. Plaintiff also sues for reasonable and necessary attorney's fees pursuant to §38.001 of the Texas Civil Practice and Remedies Code.

#### B. Breach of the Duty of Good Faith and Fair Dealing

Defendants owed Plaintiff a duty of good faith and fair dealing because there was an insurance contract issued by Defendants under which Plaintiff's husband was insured Defendants owe a duty of good faith and fair dealing to its insured, like Plaintiff and her late husband. Defendants had no reasonable basis to deny or delay the payment of Plaintiff's claim because they knew that coverage of Plaintiff's claim was reasonably clear.

#### C. Violations of Chapter 541 of the Texas Insurance Code

Defendants have engaged in unfair and deceptive acts and practices in the business of insurance and have thus violated Chapter 541 of the Texas Insurance Code. Specifically, Defendants have violated Chapter 541 in the following respects:

    a. Misrepresenting to a claimant a material fact or policy provision relating to coverage at issue in violation of section 541.060(a)(1);

    b. Failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability has become reasonably clear in violation of section 541.060(a)(2);

4

     c. Refusing to pay a claim without conducting a reasonable investigation with respect to the claim in violation of section 541.060(a)(7).

### D. VIOLATIONS OF CHAPTER 542 OF THE TEXAS INSURANCE CODE

Plaintiff had a claim under a policy with Defendants. Plaintiff gave Defendants notice of her claim. Defendants are liable for the claim because Plaintiff's husband was an eligible person under a policy providing for accidental death benefits. Plaintiff presented Defendants with her claim. However, Defendants did not promptly investigate and/or pay the claim. Under Chapter 542 of the Texas Insurance Code, an insurer is liable if it does not timely pay a claim, wrongfully rejects a valid claim, or takes no action. Here, Defendants wrongfully rejected Plaintiff's claim and failed to timely pay the claim. For these reasons, Defendants are liable for violating Chapter 542 of the Texas Insurance Code.

## VIII. ADDITIONAL DAMAGES

Defendants' conduct and violations of the Texas Insurance Code were committed knowingly as that term is defined by the Texas Insurance Code. Plaintiff therefore sues for "additional damages" to be determined by the trier of fact, not to exceed three times the amount of actual damages.

## IX. ATTORNEYS' FEES

Plaintiff seeks recovery of such attorneys' fees and costs as provided under the Texas Civil Practice and Remedies Code.

## X. DAMAGES

Plaintiff seeks compensation for the following damages:

a. Actual damages;

b. Past mental anguish of Plaintiff, and that which she will, in all probability, suffer in the future;

c. Costs of suit, including reasonable attorneys' fees;

d. Prejudgment and postjudgment interest as allowed by law;

e. 18% interest on Plaintiff's claim for late payment under the Insurance Code;

f. Additional damages for up to three times actual damages under the Insurance Code and; and

g. Such other and further relief to which Plaintiff may justly be entitled.

## XI. CONDITIONS PRECEDENT

All conditions precedent have been performed or have occurred. TEX. R. CIV. P. 54.

## XII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited in terms of law to appear and answer herein, that upon final trial and hearing hereof, that Plaintiff recovers damages from Defendants, jointly and separately, in accordance with the evidence; that Plaintiff recovers costs of court herein expended; that Plaintiff recovers interest to which Plaintiff is justly entitled under the law, both prejudgment and post-judgment; that Plaintiff recovers actual damages; that Plaintiff recovers compensatory damages; that Plaintiff recovers punitive damages; that Plaintiff recovers 18% interest on its claim for late payment, that Plaintiff recovers additional damages of up to three times actual damages under its Insurance Code claims, and for such other further relief, both general and special, both in law and in equity, to which Plaintiff may be justly entitled.

[signature on following page]

6

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & FRIEND**

*/s/ Muhammad S. Aziz*
MUHAMMAD S. AZIZ
State Bar No. 24043538
Federal Bar No. 868540
800 Commerce Street
Houston, Texas 77002
Telephone: (713) 222-7211
Facsimile:  (713) 225-0827
maziz@abrahamwatkins.com

**ATTORNEY FOR PLAINTIFF**

7

CONFIRMED FILE DATE: 8/26/2016



# CHRIS DANIEL
**HARRIS COUNTY DISTRICT CLERK**

ENTERED
VERIFIED

## Civil Process Pick-Up Form

CAUSE NUMBER: 201655855 234th

ATY __X__     CIV_____     COURT 234th

---

### REQUESTING ATTORNEY/FIRM NOTIFICATION

*ATTORNEY: Aziz, Muhammad PH: 713-222-7211

*CIVIL PROCESS SERVER: Attorney

*PH: _____

*PERSON NOTIFIED SVC READY: _____

* NOTIFIED BY: _____

---

Type of Service Document: CITR          Tracking Number 73281911
Type of Service Document: CITR          Tracking Number 73281914
Type of Service Document: _____       Tracking Number _____
Type of Service Document: _____       Tracking Number _____
Type of Service Document: _____       Tracking Number _____
Type of Service Document: _____       Tracking Number _____
Type of Service Document: _____       Tracking Number _____

Process papers prepared by: *Sarah Anderson*

Date: 8 - 26 . 16          30 days waiting 9 - 26 - 16

---

*Process papers released to: 1) M BLEAKIE
(PRINT NAME)

713 244 4183          Levarte Blako
*(CONTACT NUMBER)          (SIGNATURE)

*Process papers released by: Iris Collins
(PRINT NAME)

Iris Collins
(SIGNATURE)

* Date: 8-31-16 , 2016  Time: 10:40 (AM) / PM

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

**Entire document must be completed**   (do not change this document) Revised 1/9/2015

(P.4)

CONFIRMED FILE DATE: 9/22/2016

CAUSE NO. 201655855

RECEIPT NO.          0.00    ATY
\*\*\*\*\*\*\*\*\*\*           TR # 73281911

PLAINTIFF: ABEL, SHANNON           In The    234th
    vs.                              Judicial District Court
DEFENDANT: BCS INSURANCE COMPANY        of Harris County, Texas
                                      234TH DISTRICT COURT
                                      Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

**F I L E D**
Chris Daniel
District Clerk

SEP 22 2016
Time:
By
Deputy   I · COLLins

TO: BCS INSURANCE COMPANY
     MAY BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
     350 NORTH ST PAUL STREET     DALLAS TX 75201
     Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>22nd day of August, 2016</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 26th day of August, 2016, under my hand and
seal of said Court.

Issued at request of:
AZIZ, MUHAMMAD SULEIMAN
800 COMMERCE
HOUSTON, TX 77002
Tel: (713) 222-7211
Bar No.: 24043538

*Chris Daniel*
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: ANDERSON, SARAH A   Q36//10465007

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at \_\_\_\_\_ o'clock \_\_\_.M., on the \_\_\_\_\_ day of _____, _____.

Executed at (address) _____ in

_____ County at \_\_\_\_\_ o'clock \_\_\_.M., on the \_\_\_\_\_ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying \_\_\_\_\_ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this \_\_\_\_\_ day of _____, _____.

FEE: $_____

_____
                 _____ of _____County, Texas

_____    By _____
        Affiant                                Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this \_\_\_\_\_ day of _____, _____.

_____
                 Notary Public

*AFFIDAVIT Attached*

N.INT.CITR.P                 *73281911*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## CAUSE NUMBER: 2016-55855

**ABEL, SHANNON**
**PLAINTIFF**

**IN THE DISTRICT COURT**
**HARRIS COUNTY, TEXAS**
**234th JUDICIAL DISTRICT**

VS.

**BCS INSURANCE COMPANY**
**DEFENDANT**

FILED
Chris Daniel
District Clerk
SEP 22 2016
Time:_____
Harris County, Texas
By_____ Deputy

### AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, on this day Andrew R. Espinosa personally appeared and stated under oath as follows:

1. My name is Andrew R. Espinosa. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **9702 Coahuila St, Houston, TX 77013.**

2. **ON 09/02/2016 @ 11:00 AM** – CITATION AND PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE **CAME TO HAND.**

3. **ON 09/07/2016 @ 9:29 AM –** The above named documents were delivered to: BCS INSURANCE COMPANY BY SERVING THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM @ 1999 BRYAN STREET, STE. 900, DALLAS, TX 75201 **By Certified Mail, Return Receipt Requested.**

4. **SEE ATTACHED CERTIFIED MAIL RETURN GREEN CARD, (USPS TRACKING CONFIRMATION OF DELIVERY ATTACHED)**

**FURTHER AFFIANT SAYETH NOT.**

**Andrew R. Espinosa, Affiant**
**SCH# 454, EXP 9/30/17**

**SWORN TO AND SUBSCRIBED** before me by Andrew R. Espinosa appeared **on this** _15_ **day of** _September_ _____, **2016** to attest witness my hand and seal of office.

ERICKA FLORES
Notary Public, State of Texas
Comm. Expires 06-10-2020
Notary ID 130696521

**NOTARY PUBLIC IN AND**
**FOR THE STATE OF TEXAS**

English   Customer Service   USPS Mobile                                              Register / Sign In

# ⊠USPS.COM®

## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70153430000017642209

Updated Delivery Day: **Wednesday, September 7, 2016**

## Product & Tracking Information

| Postal Product: | Features: | |
|---|---|---|
| First-Class Mail® | Certified Mail™ | Return Receipt |

See tracking for related item: 9590940212865246549801

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 7, 2016 , 9:29 am | Delivered | DALLAS, TX 75201 |

Your item was delivered at 9.29 am on September 7, 2016 in DALLAS, TX 75201.

| September 7, 2016 , 9:23 am | Sorting Complete | DALLAS, TX 75201 |
| September 7, 2016 , 8:31 am | Arrived at Unit | DALLAS, TX 75201 |
| September 5, 2016 , 5:22 am | Departed USPS Facility | DALLAS, TX 75260 |
| September 3, 2016 , 1:22 pm | Arrived at USPS Destination Facility | DALLAS, TX 75260 |
| September 2, 2016 , 10:59 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| September 2, 2016 , 5:13 pm | Departed Post Office | HOUSTON, TX 77002 |
| September 2, 2016 , 7:52 am | Acceptance | HOUSTON, TX 77002 |

F I L E D
Chris Daniel
District Clerk

SEP 2 2 2016

Time: _____
Harris County, Texas
By _____
Deputy I. Collins

## Track Another Package

Tracking (or receipt) number

[                    ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›





Unofficial Copy Office of Chris Daniel District Clerk

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BCS Insurance Company
c/o CT Corporation System
1999 Bryan St, Ste 900
Dallas, TX 75201

9590 9402 1286 5246 6498 01

2. Article Number (Transfer from service label)

7015 3430 0000 1764 2209

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☑ Agent
                                     ☐ Addressee

B. Received by Chris Wells    SEP 07 2016

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Case 4:16-cv-03007 Document 1-2 Filed in TXSD on 10/07/16 Page 18 of 34

9/27/2016 3:46:30 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 12931156
By: CARRILLO, CARLA E
Filed: 9/27/2016 3:46:30 PM

**CIVIL PROCESS REQUEST FORM**

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING.
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED.

**CASE NUMBER:** 2016-55855    **CURRENT COURT:** 234TH Harris County

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Amended Original Petition

**FILE DATE OF MOTION:** September 27, 2016
                                                      Month/        Day/        Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.  NAME: North American Benefits Company

    ADDRESS: 20 Valley Stream Parkway, Suite 310, Malvern, Pennslyvania 19355

    AGENT, (*if applicable*): Commissioner of Insurance, 333 Guadalupe Street, Austin, Texas 78701

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

**SERVICE BY** (*check one*):
⊠ ATTORNEY PICK-UP                              ☐ CONSTABLE
☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____    Phone: _____
☐ MAIL                                          ☐ CERTIFIED MAIL
☐ PUBLICATION:
  Type of Publication:      ☐ COURTHOUSE DOOR, or
                            ☐ NEWSPAPER OF YOUR CHOICE: _____
☐ OTHER, *explain* _____

**ATTENTION: Effective June1, 2010**

For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the
Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage
for mail back. Thanks you,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2.  NAME: _____

    ADDRESS: _____

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** (*check one*):
☐ ATTORNEY PICK-UP                              ☐ CONSTABLE

☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____    Phone: _____

☐ MAIL                                          ☐ CERTIFIED MAIL

☐ PUBLICATION:
  Type of Publication:      ☐ COURTHOUSE DOOR, or
                            ☐ NEWSPAPER OF YOUR CHOICE: _____
☐ OTHER, *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: Muhammad S. Aziz  TEXAS BAR NO./ID NO. 24043538

MAILING ADDRESS: 800 Commerce, Houston, Texas 77002

PHONE NUMBER: 713-226-5131  FAX NUMBER: 713-225-0827
                      area code            phone number                            area code        fax number

EMAIL ADDRESS: maziz@abrahamwatkins.com

Chris Daniel - District Clerk Harris County
Envelope No. 12931156
By: Carla Carrillo
Filed: 9/27/2016 3:46:30 PM

CAUSE NO. 2016-55855

| | | |
|---|---|---|
| SHANNON ABEL | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| BCS INSURANCE COMPANY and | § | |
| NORTH AMERICAN BENEFITS | § | |
| COMPANY | § | 234th JUDICIAL DISTRICT |

## PLAINTIFF'S AMENDED ORIGINAL PETITION
## AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, SHANNON ABEL, Plaintiff, complaining of BCS INSURANCE COMPANY and NORTH AMERICAN BENEFITS COMPANY and for cause of action would respectfully show the court the following:

### I. DISCOVERY CONTROL PLAN

Plaintiff files this petition under a Level 3 Discovery Control Plan.

### II. REQUEST FOR DISCLOSURE

Pursuant to Rule 194.1 *et seq.* of the Texas Rules of Civil Procedure, Plaintiff hereby requests that Defendants disclose the information or material described in Rule 194.2 within **fifty days** of the service of this request at the office of the undersigned.

### III. PARTIES

Plaintiff, Shannon Abel, is a resident of Brazoria County, Texas.

Defendant, BCS Insurance Company, is a foreign insurance company doing business in the State of Texas and has been served through its registered agent CT Corporation System, 350 North St. Paul Street, Dallas, Texas 75201.

Plaintiff specifically invokes the right to institute this suit against whatever entity was conducting business using the assumed or common name of "BCS Insurance Company" with respect to the events described in this Petition. Plaintiff expressly invokes the right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court.

Defendant North American Benefits Company is a foreign entity doing business in the State of Texas as a third party administrator and may be served with process through the Commissioner of Insurance, 333 Guadalupe Street, Austin, Texas 78701 who may effectuate service at North American Benefits Company's principal place of business, 20 Valley Stream Parkway, Suite 310, Malvern, Pennsylvania 19355.

Plaintiff specifically invokes the right to institute this suit against whatever entity was conducting business using the assumed or common name of "North American Benefits Company" with respect to the events described in this Petition. Plaintiff expressly invokes the right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court.

## IV. JURISDICTION

The Court has jurisdiction of the subject matter of this lawsuit and the amount in controversy is above the minimum jurisdictional limits of this Honorable Court. Plaintiff seeks monetary relief of more than $200,000.00 but less than $1,000,000.00.

This court has jurisdiction over Defendants because they purposefully availed themselves of the privilege of conducting activities in the State of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendants. The assumption of jurisdiction over these Defendants will not offend traditional notions of fair play and substantial justice and is consistent

2

with the constitutional requirements of due process.

Plaintiff would show that these Defendants had continuous and systematic contacts with the State of Texas sufficient to establish general jurisdiction. Furthermore, Plaintiff would show that these Defendants engaged in activities engaged in activities constituting business in the State of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code because said Defendants contracted with a Texas resident and performance of the agreement in whole or in part was to occur in Texas.

### V. VENUE

Venue is proper in Harris County, Texas, pursuant to Texas Civil Practice and Remedies Code § 15.032 because this suit is against a life and accident insurance company and Harris County is the county in which the loss occurred.

### VI. FACTS

On or about April 5, 2013, Plaintiff's late husband, Ahmad Naser ("Decedent"), was working as a tow truck driver when he stopped to assist the driver of a vehicle stalled on the side of the road at the 6300 block of the Southwest Freeway, Harris County, Texas. As he was providing this assistance, the stalled vehicle was struck by a drunk driver, resulting in the death of Ahmad Naser.

Decedent was an independent contractor who provided services for U.S. Gulf Coast Auto Sales, Inc. On the date of his death, Decedent was an eligible person under an occupational accident policy (Policy No. 9613-000-621-010104) issued to U.S. Gulf Coast Auto Sales by Defendant BCS Insurance. Said policy provided for accidental death benefits. Shannon Abel submitted an accidental death claim to BCS. On March 4, 2016, she received a letter from the

3

administrator of the policy—Defendant North American Benefits Company—denying her claim and refusing to provide the benefits provided for in the policy.

## VII. CAUSES OF ACTION

### A. BREACH OF CONTRACT

On April 5, 2013, the date of Decedent's death, he was covered by an insurance policy issued and administered by Defendants, which provided for accidental death benefits. Plaintiff informed Defendants of her husband's death and that she intended to make a claim for accidental death benefits. Defendants refuse and continue to refuse to provide coverage to Plaintiff under the above-identified policy. The conduct of Defendants in denying Plaintiff's claim for accidental death benefits constitutes breach of contract. Plaintiff sues for the amount of her damages up to the policy limits. Plaintiff also sues for reasonable and necessary attorney's fees pursuant to §38.001 of the Texas Civil Practice and Remedies Code.

### B. BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

Defendants owed Plaintiff a duty of good faith and fair dealing because there was an insurance contract issued by Defendants under which Plaintiff's husband was insured Defendants owe a duty of good faith and fair dealing to its insured, like Plaintiff and her late husband. Defendants had no reasonable basis to deny or delay the payment of Plaintiff's claim because they knew that coverage of Plaintiff's claim was reasonably clear.

### C. VIOLATIONS OF CHAPTER 541 OF THE TEXAS INSURANCE CODE

Defendants have engaged in unfair and deceptive acts and practices in the business of insurance and have thus violated Chapter 541 of the Texas Insurance Code. Specifically, Defendants have violated Chapter 541 in the following respects:

> a. Misrepresenting to a claimant a material fact or policy provision relating to coverage at issue in violation of section 541.060(a)(1);

4

b. Failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which the insurer's liability has become reasonably clear in violation of section 541.060(a)(2);

c. Refusing to pay a claim without conducting a reasonable investigation with respect to the claim in violation of section 541.060(a)(7).

### D. VIOLATIONS OF CHAPTER 542 OF THE TEXAS INSURANCE CODE

Plaintiff had a claim under a policy with Defendants. Plaintiff gave Defendants notice of her claim. Defendants are liable for the claim because Plaintiff's husband was an eligible person under a policy providing for accidental death benefits. Plaintiff presented Defendants with her claim. However, Defendants did not promptly investigate and/or pay the claim. Under Chapter 542 of the Texas Insurance Code, an insurer is liable if it does not timely pay a claim, wrongfully rejects a valid claim, or takes no action. Here, Defendants wrongfully rejected Plaintiff's claim and failed to timely pay the claim. For these reasons, Defendants are liable for violating Chapter 542 of the Texas Insurance Code.

### VIII. ADDITIONAL DAMAGES

Defendants' conduct and violations of the Texas Insurance Code were committed knowingly as that term is defined by the Texas Insurance Code. Plaintiff therefore sues for "additional damages" to be determined by the trier of fact, not to exceed three times the amount of actual damages.

### IX. ATTORNEYS' FEES

Plaintiff seeks recovery of such attorneys' fees and costs as provided under the Texas Civil Practice and Remedies Code.

## X. DAMAGES

Plaintiff seeks compensation for the following damages:

a. Actual damages;

b. Past mental anguish of Plaintiff, and that which she will, in all probability, suffer in the future;

c. Costs of suit, including reasonable attorneys' fees;

d. Prejudgment and postjudgment interest as allowed by law;

e. 18% interest on Plaintiff's claim for late payment under the Insurance Code;

f. Additional damages for up to three times actual damages under the Insurance Code and; and

g. Such other and further relief to which Plaintiff may justly be entitled.

## XI. CONDITIONS PRECEDENT

All conditions precedent have been performed or have occurred. TEX. R. CIV. P. 54.

## XII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited in terms of law to appear and answer herein, that upon final trial and hearing hereof, that Plaintiff recovers damages from Defendants, jointly and separately, in accordance with the evidence; that Plaintiff recovers costs of court herein expended; that Plaintiff recovers interest to which Plaintiff is justly entitled under the law, both prejudgment and post-judgment; that Plaintiff recovers actual damages; that Plaintiff recovers compensatory damages; that Plaintiff recovers punitive damages; that Plaintiff recovers 18% interest on its claim for late payment, that Plaintiff recovers additional damages of up to three times actual damages under its Insurance Code

claims, and for such other further relief, both general and special, both in law and in equity, to which Plaintiff may be justly entitled.

[signature on following page]

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & FRIEND**

*/s/ Muhammad S. Aziz*
MUHAMMAD S. AZIZ
State Bar No. 24043538
Federal Bar No. 868540
800 Commerce Street
Houston, Texas 77002
Telephone: (713) 222-7211
Facsimile:  (713) 225-0827
maziz@abrahamwatkins.com

**ATTORNEY FOR PLAINTIFF**

7

9/28/2016 6:46:25 AM
Chris Daniel - District Clerk Harris County
Envelope No. 12938114
By: bradley darnell
Filed: 9/28/2016 6:46:25 AM



TEXAS DEPARTMENT OF INSURANCE

**General Counsel Division (113-2A)**
333 Guadalupe, Austin, Texas 78701 ★ PO Box 149104, Austin, Texas 78714-9104
(512) 676-6585 | F: (512) 490-1064 | (800) 578-4677 | TDI.texas.gov | @TexasTDI

September 12, 2016

Muhammad S. Aziz
Abraham, Watkins, Nichols, Sorrels, Agosto & Friend
800 Commerce Street
Houston, Texas 77002

RE: Cause No.: 2016-55855; styled *Shannon Abel v. BCS Insurance Company and North American Benefits Company;* in the 234th Judicial District Court, Harris County, Texas

Greetings:

On September 6, 2016, the enclosed documents were received in the office of the Commissioner of Insurance for service of process. The documents received are being returned to your office for the reasons indicated below.

**North American Benefits Company's** mailing address must be noted on the citation. Please refer to Texas Administrative Code, Title 28, Chapter 7, Rule §7.1414. Enclosed is the company profile.

Refer to Chapter 804 of the Texas Insurance Code for service of process information.

Please do not hesitate to call me if you have questions.

Sincerely,

*Tish Wilhelm*

Tish Wilhelm
General Counsel
tish.wilhelm@tdi.texas.gov
(512) 676-6543

Enclosures

c: Harris County District Clerk
   *E-filed*

Chris Daniel - District Clerk Harris County
Envelope No. 13051810
By: Carla Carrillo
Filed: 10/4/2016 1:41:02 PM

LAW OFFICES

## ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND

NICK C. NICHOLS, P.C.
RANDALL O. SORRELS, P.C.*+
BENNY AGOSTO, JR, P.C.*
MUHAMMAD S. AZIZ, P.C.*
BRANT J. STOGNER P.C.*

CLYDE J. "JAY" JACKSON, III*
IMRANANA MANZANARES, R.N., J.D.
BRIAN S. HUMPHREY, II
STEVEN R. HOLLINGSWORTH
SCOTT P. ARMSTRONG
KELLY M. FLORES
PAUL B. WYATT

**800 COMMERCE STREET**
**HOUSTON, TEXAS 77002-1776**
**(713) 222-7211**
**FAX (713) 225-0827**
**1-800-870-9584**
**www.abrahamwatkins.com**

DALE FRIEND
RETIRED PARTNER

FRANK T. ABRAHAM
(1924-2004)

W. W. WATKINS
(1920-1987)

* BOARD CERTIFIED: PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

+ BOARD CERTIFIED: CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

October 4, 2016

**_Via E-File_**
Harris County District Clerk

Re:   Cause No. 2016-55855; _Shannon Abel v. BCS Insurance Company and North American Benefits Company_; In the 234th District Court of Harris County, Texas

Dear Clerk:

Please accept this letter as notification of the $4.00 payment of the remaining fee associated with the citation for North American Benefits Company requested on September 27, 2016 in the above-referenced matter.  Please issue the requested citation as soon as possible.

If you have any additional questions, please do not hesitate to contact me.

Sincerely,

/s/ Jessica L. Dean

Jessica L. Dean, Assistant to
Muhammad S. Aziz

P-4

CONFIRMED FILE DATE: 10/5/2016

CAUSE NO 201655855

RECEIPT NO                                    0 00        ATY
**********                                              TR # 73281914

PLAINTIFF  ABEL, SHANNON                                In The    234th
                   vs                                   Judicial District Court
DEFENDANT  BCS INSURANCE COMPANY                        of Harris County, Texas
                                                        234TH DISTRICT COURT
                                                        Houston, TX

                              CITATION

THE STATE OF TEXAS
County of Harris

                                                        FILED
                                                        Chris Daniel
                                                        District Clerk

                                                        OCT  0 5 2016
                                                        Time_____
                                                        Harris County, Texas
                                                        By_____
                                                        Deputy

TO  NORTH AMERICAN BENEFITS COMPANY
    MAY BE SERVED BY SERVING THE COMMISSIONER OF INSURANCE
    333  GUADALUPE STREET   AUSTIN TX  78701

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 22nd day of August, 2016, in the above cited cause number
and court  The instrument attached describes the claim against you

    YOU HAVE BEEN SUED, You may employ an attorney  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10 00 a m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you

TO OFFICER SERVING

    This citation was issued on 26th day of August, 2016, under my hand and
seal of said Court

                                          Chris Daniel
Issued at request of                      CHRIS DANIEL, District Clerk
AZIZ, MUHAMMAD SULEIMAN                    Harris County, Texas
800  COMMERCE                             201 Caroline, Houston, Texas 77002
HOUSTON, TX  77002                        (P O  Box 4651, Houston, Texas 77210)
Tel  (713) 222-7211                       Generated By  ANDERSON, SARAH A  Q36//10465007
Bar No   24043538

                    OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___ M  on the ____ day of _____, _____

Executed at (address) _____ in

_____ County at _____ o'clock ___ M , on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery
To certify which I affix my hand officially this _____ day of _____, _____

FEE  $_____

                                        _____
                                        _____ of _____County, Texas

                                  By  _____
_____       Deputy
            Affiant

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____

                                        _____
                                        Notary Public

N INT CITR P                 *73281914*
                        AFFIDAVIT Attached

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## CAUSE NUMBER 2016-55855

**ABEL, SHANNON**
  **PLAINTIFF**

**VS**

**BCS INSURANCE COMPANY
LLC, ET AL
DEFENDANT**

**IN THE DISTRICT COURT
HARRIS COUNTY, TEXAS
234th JUDICIAL DISTRICT**

### AFFIDAVIT OF SERVICE

**BEFORE ME,** the undersigned authority, on this day Andrew R Espinosa personally appeared and stated under oath as follows

1. My name is Andrew R Espinosa I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge The facts stated herein are true and correct My business address is **9702 Coahuila St, Houston, TX 77013.**

2. **ON 09/02/2016 @ 11 00 AM** – CITATION, PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE **CAME TO HAND**

3. **ON 09/06/16 @ 3 26 PM –** The above named documents were delivered to NORTH AMERICAN BENEFITS COMPANY, BY SERVING THE COMMISSIONER OF INSURANCE @ 333 GUADALUPE STREET, AUSTIN, TX 78701 **By Certified Mail, Return Receipt Requested**

4. **SEE ATTACHED CERTIFIED MAIL USPS TRACKING CONFIRMATION OF DELIVERY ATTACHED THE ORIGINAL RETURN GREEN CARD WAS NEVER RETURNED)**

**FURTHER AFFIANT SAYETH NOT**

**Andrew R. Espinosa, Affiant
SCH# 454, EXP 9/30/17**

**FILED**
Chris Daniel
District Clerk
OCT 05 2016
Time
By
Harris County, Texas
Deputy

**SWORN TO AND SUBSCRIBED** before me by Andrew R Espinosa appeared **on this** 24 **day of** September , **2016** to attest witness my hand and seal of office

**NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS**

ERICKA FLORES
Notary Public, State of Texas
Comm Expires 06 10 2020
Notary ID 130690821

| English | Customer Service | USPS Mobile | | Register / Sign In |

## ⊠USPSCOM®

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS

Tracking Number 70153430000017642193

On Time
Updated Delivery Day Tuesday September 6 2016

## Product & Tracking Information

| Postal Product. | Features | |
| --- | --- | --- |
| First Class Mail® | Certified Mail™ | Return Receipt |
| | See tracking for related item  9590940222416193144948 | |

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| September 6 2016 3 26 pm | Delivered Left with Individual | AUSTIN TX 78701 |

Your item was delivered to an individual at the address at 3 26 pm on September 6 2016 in AUSTIN TX 78701

| September 6 2016 11 03 am | Arrived at Unit | AUSTIN TX 78744 |
| September 6 2016 7 13 am | Out for Delivery | AUSTIN TX 78701 |
| September 6 2016 7 03 am | Sorting Complete | AUSTIN TX 78701 |
| September 5 2016 1 00 am | Departed USPS Facility | AUSTIN TX 78710 |
| September 3 2016 8 08 am | Arrived at USPS Destination Facility | AUSTIN TX 78710 |
| September 2 2016 11.22 pm | Departed USPS Origin Facility | NORTH HOUSTON TX 77315 |
| September 2 2016 10 59 pm | Arrived at USPS Origin Facility | NORTH HOUSTON TX 77315 |
| September 2 2016 5 13 pm | Departed Post Office | HOUSTON TX 77002 |
| September 2 2016 7 52 am | Acceptance | HOUSTON TX 77002 |

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard
No tracking numbers necessary

Sign up for My USPS ›





Unofficial Copy Chris Daniel District Clerk

10/6/2016 10:39:14 AM
Chris Daniel - District Clerk Harris County
Envelope No. 13096025
By: bradley darnell
Filed: 10/6/2016 10:39:14 AM

## CAUSE NO. 2016-55855

| | | |
|---|---|---|
| SHANNON ABEL, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 234th JUDICIAL DISTRICT |
| BCS INSURANCE COMPANY and | § | |
| NORTH AMERICAN BENEFITS | § | |
| COMPANY | § | HARRIS COUNTY, TEXAS |
| Defendants | § | |

## DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, BCS Insurance Company and North American Benefits Company, Defendants in the above-styled and numbered cause of action and file this Original Answer to Plaintiff's Original Petition and would respectfully show the Court the following:

## I.   GENERAL DENIAL

Defendants deny each and every, all and singular, of Plaintiff's allegations and demands strict proof thereof by a preponderance of the credible evidence.

## II.  JURY DEMAND

Defendants respectfully demand a trial by jury in accordance with Rule 216 of the Texas Rules of Civil Procedure.

## III.   DEFENSES

### First Defense

1.     The Policy referred to in Paragraph VI of Plaintiff's Petition requires that the "injury" arise "solely out of or in the course of the Insured's regular occupation or performing an alternative occupation at the request and direction of the Policyholder." The Policy referred to in Paragraph VI of Plaintiff's Petition names US Gulf Coast Auto Sales, Inc., as the "Policyholder."   There is no

coverage under the Policy because the decedent was neither in the course of US Gulf Coast Auto Sales, Inc.'s regular occupation nor performing an alternative occupation at the request of US Gulf Coast Auto Sales, Inc. at the time of the subject accident.

**Second Defense**

2.      Plaintiff has no cause of action for breach of contract as she is not a party to any contract with Defendants, nor is she a beneficiary to any contract with Defendants.

**Third Defense**

3.      The denial of Plaintiff's claim is supported by a reasonable basis.

**Fourth Defense**

4.      Defendants deny that all conditions precedent to Plaintiff bringing suit were performed, occurred, or were waived.

5.      Defendants specifically reserve the right to assert any other special or affirmative defenses which might be applicable in this proceeding, as provided by the Texas Rules of Civil Procedure.

**IV.      PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Defendants BCS Insurance Company and North American Benefits Company respectfully pray that Plaintiff take nothing by her suit, that Defendants recover their costs, and for such other and further relief, both at law and in equity, to which Defendants may be justly

Respectfully Submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Sarah R. Smith*

SARAH R. SMITH
Texas Bar No. 24056346
sarah.smith@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767  Telephone
(713) 759-6830  Facsimile

*Attorneys for Defendant, BCS Insurance*
*Company and North American Benefits Company*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a true and correct copy of the above pleading has been forwarded pursuant to the Federal Rules of Civil Procedure on this  6th day of October, 2016.

Muhammad S. Aziz                          **Via E-Service**
ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & FRIEND
800 Commerce Street
Houston, Texas 77002

*/s/ Sarah R. Smith*

SARAH R. SMITH