United States District Court
Southern District of Texas

**ENTERED**

September 28, 2017

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNON ABEL | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.: 4:16-cv-03007 |
| BCS INSURANCE COMPANY and | § | |
| NORTH AMERICAN BENEFITS | § | |
| COMPANY | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the Joint Motion to Dismiss With Prejudice filed herein on behalf of Plaintiff, Shannon Abel, and Defendants, BCS Insurance Company and North American Benefits Company,

**IT IS ORDERED** that the Joint Motion to Dismiss With Prejudice be and it is hereby granted and that all claims by Plaintiff, Shannon Abel, and Defendants, BCS Insurance Company and North American Benefits Company are dismissed. Each party will pay its own Court costs.

So ordered this ____ day of September, 2017.

_____
JUDGE PRESIDING

3